Argued May 23, affirmed July 5, reconsideration denied August 30, review denied December 12, 1978

AUSTIN, *Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND, *Respondent.*

(WCB No. 76-6090, CA 10046)

580 P2d 219

John C. DeWenter, Springfield, argued the cause for petitioner. With him on the brief was Ackerman & DeWenter, Springfield.

Quintin B. Estell, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).